IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.     1:26-CR-53 (AMN) |
| | ) |
| **v.** | ) |
| | ) |
| **SHANE DALEY,** | ) Violation:     18 U.S.C. § 2261A(2)(B) |
| | )            [Cyberstalking] |
| **Defendant.** | ) |
| | ) 1 Count |
| | ) |
| | ) County of Offense:    Saratoga |

U.S. DISTRICT COURT - N.D. OF
F I L E D
MAR 1 9 2026
AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

**INFORMATION:**

**COUNT 1**
**[Cyberstalking]**

From on or about December 4, 2024 through on or about December 7, 2024, in Saratoga County in the Northern District of New York, and elsewhere, the defendant, **SHANE DALEY**, with the intent to kill, injure, harass, and intimidate another person, used an electronic communication service and electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, in that the defendant used a cellphone to send threatening, harassing, and intimidating voice messages to Victim-1 concerning Victim-1's murdered family member, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

Dated: March 19, 2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:

Joshua R. Rosenthal
Assistant United States Attorney
Bar Roll No. 700730

Dominic A. Gentile
Special Assistant United States Attorney

2